## ALIMONY TO AN INVALID HUSBAND.

Circuit Court of Cuyahoga County.

WILLIAM A. McINTIRE v. LILLIAN M. McINTIRE.

Decided, November 9, 1907.

*Divorce and Alimony—Amount of Alimony.*

Where a husband was dying of consumption and wife strong and healthy, with property worth $5,000, court awarded him $600, and $30 per month for four years should he live that length of time.

—— *Copeland,* for plaintiff.
W.· S. *Kerruish,* contra.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

In this case we are asked to make an allowance of alimony to the plaintiff who was recently divorced from his wife by the common pleas court. He is dying of consumption, unable to work and the wife has about five thousand dollars worth of property which we find was accumulated principally by the joint efforts of both husband and wife. The defendant is strong and healthy; she has the care of an adopted child, a little girl, apparently four or five years old.

We allow the plaintiff six hundred dollars to be paid him within two weeks, and a monthly allowance of thirty dollars, payable for four years, beginning November 1st, 1908, but to cease should he not live out that period of time.